**HEAT TREATING, LLC**
**JOHN D. McCORMACK, MANAGER**
**1372 HANCOCK STREET – SUITE 401**
**QUINCY, MA 02169**

*U.S. BANKRUPTCY COURT*
*2018 AUG -2  A 10: 48*

**617-943-7536**

August 2, 2018

**HAND DELIVERED**

Clerk
United States Bankruptcy Court
5 Post Office Square – Suite 1150
Boston, MA 02109-3945

Re:   JALICE E. LOPES
      Case No. 18-10376-MSH
      Notice of Intended Private Sale of Property - Solicitation of Counteroffers

Dear Sir/Madam:

I, John D. McCormack, Manager of the Heat Treating, LLC, a Massachusetts limited liability company, having an address of 1372 Hancock Street, Suite 401, Quincy, MA 02169, hereby make the following higher offer with regard to the above-mentioned Notice of Intended Private Sale of Property, said property being known and numbered as 31-33 Tremont Street, Braintree, MA.

My counteroffer is $264,500.00 for the premises being sold. Concurrent with my delivery of this Counteroffer for filing, I have delivered a copy of this Counteroffer, together with a check in the amount of $1,000.00 representing the required deposit to Debtor's Counsel, Thomas C. Benner, Esq., 33 Samoset Street, Plymouth, MA 02360, consistent with the Notice of Intended Private Sale. This higher offer is made on the same terms and conditions as set forth in the existing Purchase and Sale Agreement filed as Document No. 39, on July 9, 2018.

Thank you for your attention in this regard.

Very truly yours,

*/s/ John D. McCormack/*

John D. McCormack - Trustee
JDM/s:\CLIENTS\McCormack\Corr 2.doc

cc: Thomas C. Benner, Esquire

# Eastern Bank

BOSTON, MA 02110

No. 3710631

53-179 / 113

DATE August 02, 2018

PAY **ONE THOUSAND DOLLARS AND ZERO CENTS**         $***1,000.00

TO THE ORDER OF Thomas C. Benner, Esq.

DRAWER: Heat Treating LLC

ADDRESS: Quincy MA. 02169

PERSONAL MONEY ORDER
NOT VALID FOR MORE THAN $1,000.00

⑈3710631⑈ ⑆011301798⑆ 00 2293 3⑈